UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY KNIGHT,

        Petitioner,        Case No. 1:12cv1132

v.        Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Respondent.

_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 10, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 10, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** the decision of the Commissioner is **AFFIRMED**.

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

DATED:  January 22, 2014.